**The Honorable John C. Coughenour**

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES E. FRANCIS,<br><br>      Plaintiff,<br><br>vs.<br><br>MAERSK LINE, LIMITED, and UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. CV03-2898C<br><br>**STIPULATION AND ORDER RE EXPERT WITNESS DISCLOSURE DATES AND EXPERT WITNESS DISCOVERY DEPOSITION DEADLINE** |

WHEREAS the plaintiff continues to receive treatment for several medical issues, the plaintiff's medical condition has changed in the last six months, and the efficient conduct of discovery and efficient trial preparation requires a limited continuation of the deadline for certain discovery items, the parties, through their undersigned counsel, hereby agree and respectfully request that the Court continue certain preliminary dates primarily relating to expert discovery, as follows:

## STIPULATION

    1.    The disclosure of preliminary expert witness reports shall be continued to August 1, 2005;

    2.    The disclosure of preliminary rebuttal expert witness reports shall be continued until August 22, 2005;

    3.    Expert witness and treating medical provider discovery depositions shall be completed no later than September 19, 2005.

    The parties believe that the requested continuations will not affect the trial date or the pretrial schedule, and should enable the parties to more narrowly

Case No.: CV03-2898C
STIPULATION AND ORDER RE EXPERT WITNESS DISCLOSURE
DATES AND EXPERT WITNESS DISCOVERY DEPOSITION
DEADLINE - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790

tailor the issues for presentation at trial.  If the requested continuations would cause the Court to continue the trial date, however, plaintiff will withdraw from the foregoing stipulation.

| **GASPICH & WILLIAMS** | **U. S. DEPARTMENT OF JUSTICE** |
|---|---|
| /s/ Russell R. Williams, WSBA No. 21303<br>Anthony G. Gaspich, WSBA No. 19300<br>1809 Seventh Avenue, Suite 609<br>Seattle, WA 98101<br>Telephone: (206) 956-4204<br>Fax: (206) 956-4214<br>Email: russ@gaspichwilliams.com<br>        tony@gaspichwilliams.com<br>Counsel for Plaintiff James Francis | /s/ Jeanne M. Franken<br>R. Scott Blaze<br>West Coast Office, 7-5395 Federal Bldg.<br>P. O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone: (415) 436-6630<br>Fax: (415) 436-6632<br>Email: jeanne.franken@usdoj.gov<br>        scott.blaze@usdoj.gov<br>Counsel for Defendant United States Of America |
| **KEESAL, YOUNG & LOGAN** | |
| /s/ Philip. R. Lempriere, WSBA No. 20304<br>Jason W. Crowell, WSBA No. 34041<br>1301 Fifth Avenue, Suite 1515<br>Seattle, Washington 98101<br>Telephone: 206-622-3790<br>Fax: 206-343-9529<br>Email:  philip.lempriere@kyl.com<br>        jason.crowell@kyl.com<br>Counsel for Maersk Line, Limited | |

## **ORDER**

The parties, having so stipulated, it is SO ORDERED.

DATED this 20th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

Case No.: CV03-2898C
STIPULATION AND ORDER RE EXPERT WITNESS DISCLOSURE DATES AND EXPERT WITNESS DISCOVERY DEPOSITION DEADLINE - 2

SE40506

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790